FILED

CHRISTOPHER RAY
7610 GRANADA DRIVE
BUENA PARK C.A. [90621]
Phone # 714-308-3954
Email addresscray330751@aol.com

Plaintiff, Pro Se

2021 JUL 15 PM 2:24

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
SANTA ANA

BY____DFA

L/N

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

CHRISTOPHER RAY,

        Plaintiff,

Vs.

PORTFILO RECOVERY ASSOCIATES
LLC1-10

        Defendants.

CASE NO. 8:21cv1210-JLS-ADSx

**COMPLAINT FOR DAMAGES**
*FALSE CLAIM ACT CALIFORNIA*
*GOVERNMENT CODE §12650 MAIL*
*FRAUD violation of GRAMM-LEACH-*
*BLILEY ACT*

**DEMAND FOR JURY TRIAL**
**1. 15 U.S.C. § 1681**
**2. 15 U.S.C. § 1692**

## PRELIMINARY STATEMENT

Plaintiff CHRISTOPHER RAY ("Plaintiff"), brings his Complaint against PORTFOLIO

RECOVERY ASSOCIATES, LLC.; and DOES 1-10 (hereinafter "Defendants") and alleges

as follows:

## JURISDICTION AND VENUE

1.    This is an action arising from violations of the Fair Credit Reporting Act

(hereinafter "FCRA"), 15 U.S.C. § 1681 *et seq.*, and the Fair Debt Collection Practices Act

(hereinafter "FDCPA"), 15 U.S.C. § 1692 *et seq.*

2.    This court has jurisdiction under 15 U.S.C. §1681p, 15 U.S.C. § 1692k (d),

and 28 U.S.C. § 1337.

3.    Defendants regularly conduct business in the state of CALIFORNIA,

therefore establishing personal jurisdiction.

4.    Venue in this District is proper pursuant to 28 U.S.C. § 1391 and 15 U.S.C. §

1681 in that Defendants regularly conduct business in this District and Plaintiff resides in this District.

5.     Pursuant to Rule 38(b) of the Federal Rules of Civil Procedure, Plaintiff hereby demands a jury trial on any and all issues qualified for a jury trial under the savings to suitor clause the district court is proper venue.

**PARTIES**

6.     Plaintiff, CHRISTOPHER RAY, is natural person who resides in the State of California, in the City of Buena Park, County of Orange; a "consumer" within the meaning of the FCRA 15 U.S.C. § 1681a(c) and the FDCPA 15 U.S.C. § 1692a (3).

7.     Defendant PORTFOLIO RECOVERY LLC. is a Not CALIFORNIA Corporation see Exhibit# 1with its principal place of business located at businesses as debt collector c/o 130 CORPORATE BLVD. #100 Norfolk VA.  Defendant PORTFOLIO RECOVERY LLC. conduct business in California and is  registered with SOS of California is additionally a "debt collector" within the meaning of the FDCPA 15 U.S.C. § 1692a (6) and a "person" within the meaning of the FCRA, 15 U.S.C. § 1681a (b).

8.     Defendant PORTFOLIO RECOVERY LLC. is not a CALIFORNIA CORPORATION per SECRETAY OF STATE see attached with its principal place of business located at.130 CORPARTE BLVD.#100 NORFOLK VA. Defendant is additionally a "debt collector" within the meaning of the FDCPA 15 U.S.C. § 1692a (6) and a "person" within the meaning of the FCRA, 15 U.S.C. § 1681a (b).

9.     Upon information and belief, Defendants PORTFOLIO RECOVERY LLC 1 through 10 are legal entities, the names and address of residences of which are LISTED.

10.     Each Defendant uses the instrumentalities of interstate commerce or the mails in a business the principal purpose of which is the collection of any debts, or regularly collects or attempts to collect, directly or indirectly, debts owed or due or asserted to be owed or due another.  As part of its business in the regular collection of debts, Each and every Defendant furnishes information to consumer reporting agencies.

**GENERAL ALLEGATIONS**

2
Complaint for Damages

11.    TransUnion, Experian, and Equifax are "consumer reporting agencies" within the meaning of FCRA 15 U.S.C. § 1681a (f).

12.    Consumer report is defined as "consumer report" within the FCRA 15 U.S.C. §1681a (d).

13.    On JUNE 2019, Plaintiff obtained his consumer reports from the major consumer reporting agencies and found entries by this entity then he continued to disputed account and (3) they did not the proper accounting change on there is no statute of limitation on constructive fraud.

14.    Plaintiff has not done any business with P0RTFOLIO RECOVERY LLC. [alleged act# 05178595810XXX Bilin V. LITTON LOAN SERV `.LP.. 2006WL 1992 401(M.D. Fla. July 4,2006 e **employee of a debt collector collection agency who actually engage in the allegedly the unlawful liable for the misconduct and the collection agency itself are jointly and severally liable for the resulting FDCPA violation. Why Christopher Barclay Graves is listed in this complaint**

15.    **by PORTFOLIO RECOVERY** LLC.] Defendant states its collecting for another company A. whom Plaintiff don't know or have no contract/meeting of the mind no PROOF OF CLAIM. All Plaintiff have is a Statement / I never did business with PORTFOLIO RECOVERY LLC., so it was not paid with all the fraud and SCAMES going on (See Exhibit 2)

Defendant attempted to collect a "debt", as defined in 15 U.S.C. §1692a (5).

16.    In attempting to collect said debt, Defendants engaged in "communications" with Plaintiff as defined in 15 U.S.C. §1692a (2).

17.    Discovery of Defendant's actions occurred on June,192019 and are within the statute of limitations as defined in the FCRA (15 U.S.C. § 1681p) and the FDCPA (15 U.S.C. § 1692k (d)).

18.    From June 19,2019, Plaintiff disputed the entries made by Defendants with the major credit reporting agencies, via USPS Mail.

19.    In, Plaintiff sent letters to Defendant, via, as an effort to reach an equitable

settlement without the need for litigation regarding Defendants' violations of federal

statutory law. GOLDEN CASE15 U.S.§1681s-2(b) Brim V. MIDLAND CREDIT

MANAGEMENT

20.     Defendants failed to respond to Plaintiff's notices and ignored Plaintiff's

attempts to Verified

1
### FIRST CLAIM FOR RELIEF
### VIOLATION OF THE FCRA 15 U.S.C. § 1681 ET SEQ,
### AS TO DEFENDANT

21.     Defendant knowingly makes subdivision therof, a false claim for payments

(2) knowingly makes uses or cause to be or false record or statements to get a false clam

[FALSE RECORD] see EXHIBIT 3

22.     The FCRA, 15 U.S.C. § 1681b, describes the permissible purpose for which a

person may obtain a consumer report.

23.     Such permissible purposes as described by 15 U.S.C. § 1681b are generally,

if the consumer makes application for credit, employment, underwriting of insurance

involving the consumer, or is offered a bona fide offer of credit as a result of the inquiry.

24.     **Plaintiff has never had any business dealings or any accounts after with**

**PORTFOLIO RECOVERLLC.  are Making a false claim are violating the false claims**

**act**.

Plaintiffs PERSONAL information was stolen or sold to third party at one time, this action

violates the GRAMM-LEACH-BLILEY ACT Plaintiffs personal was not protected,

defendant failed to provide any verified evidence of an assignment of an alleged debt, that

was sold PORTFOLIO RECOVERY LLC.


25.     Defendant has not notified Plaintiff of an assignment of an alleged debt from,

(Who is not listed as a defendant in this lawsuit at this time) they did not report this

ALLEGED debt to the EXPERIAN/EQUIFAX/TRANSUNION

26.     At no time did Plaintiff give his consent for Defendant, to acquire his consumer report from any consumer reporting agency or third party.[nor personal information] the social number is assigned to me for my use per the social security admiration I'm a victim of identity theft (See exhibit )

27.     Defendant, PORTFOLIO RECOVERY LLC., did not properly ascertain if there was any legitimate permissible purpose before obtaining Plaintiff's consumer report. Nor reporting a debt to PORTFOLIO RECOVERY LLC.

28.     Defendant, PORTFOLIO RECOVERY LLC. demonstrated willful and/or knowing noncompliance with the FCRA, 15 U.S.C. § 1681b by obtaining Plaintiff's EXPERIAN/TRANSUNION/EQUIFAX consumer report on with no permissible purpose.

29.     Defendant, PORTFOLIO RECOVERY LLC, had a duty to properly ascertain if there was any legitimate permissible purpose before reporting this debt to Plaintiff's consumer reports and, breached said duty by failing to do so. There was no account that PORTFOLIO RECOVERY LLC. has no right to collect nor had permissible purpose to obtain Plaintiff's consumer report or add three collection accounts and therefore Plaintiff is entitled to damages.

2
### SECOND CLAIM FOR RELIEF
### VIOLATION OF THE FCRA 15 U.S.C. § 1681 ET SEQ
### PORTFOLIO RECOVERY LLC.

30.     Plaintiff repeats and re-alleges each and every allegation stated above as though fully stated herein.

31.     The FCRA, 15 U.S.C. § 1681b, describes the permissible purpose for which a person may obtain a consumer report.

32.     Defendant, PORTFOLIO RECOVERY LLC. did not render any services nor/ properly ascertain if there was any legitimate permissible purpose before adding this information to Plaintiff's consumer report.

33.     Defendant, PORTFOLIO RECOPVERY LLC., had a duty to properly ascertain if there was any legitimate permissible purpose before obtaining Plaintiff's

consumer report and PORTFOLIO RECOVERY LLC. breached said duty by failing to do

so. There was no account that PORTFOLIO RECOVER LLC. had any right to collect nor

permissible purpose to obtain Plaintiff's PERSONAL information and therefore Plaintiff is

entitled to damages. Brim v. MIDLAND CREDIT MANAGEMENT et al,795 F.SUPP.2nd

1255 DIST.COURT ND Alabama,2011& Brooks V. MIDLAND CREDIT INC et al Case

no.1:2014-cv-00808,S.D. Indian

3

**THIRD CLAIM FOR RELIEF**
**VIOLATION OF THE FDCPA 15 U.S.C. § 1692 ET SEQ.**
**PORTFOLIO RECOVERY LLC.**

34.     Plaintiff repeats and re-alleges each and every allegation stated above as

though fully stated herein.

35.     Plaintiff found upon examination of his consumer reports that Defendant,

CPORTFOLIO RECOVERY LLC., had been reporting false and erroneous information two

consumer-reporting agencies PORTFOLIO RECOVERY LLC.  are reporting an alleged

account on all two-consumer reports, PORTFOLIO RECOVER LLC. states originated in

june2019. This reported account false or misleading in communication per

FDCPA.section1692 see EXHIBIT 4

36.     Defendant, PORTFOLIO RECOVERY LLC., failed to provide any verified

evidence of an alleged debt, no proof of any taxes paid on these alleged debts to the IRS

THIS Is a FALSE CLAIM plaintiff also believe that PORTFOLIO RECOVERY LLC. are

TAX FUJITIVES, for almost two years did they make the corrections with all three-credit

bureau but never admitted to wrongdoing that has damaged plaintiff credit.

37.     In their action in obtaining Plaintiff's consumer report, Defendant,

PORTFOLIO RECOVERY, attempted to collect a "debt", as defined in 15 U.S.C. § 1692a

(5).

38.     In their actions in furnishing information to the consumer reporting agencies,

Defendant, PORTFOLIO RECOVERY LLC., attempted to collect a "debt", as defined in 15

U.S.C. § 1692a (5).

39.     Defendant, PORTFOLIO RECOVERY LLC., by reporting an alleged debt as a "debt collector" to a consumer reporting agency generated a "communication" with Plaintiff in connection with the collection of a debt which they knew was incorrect and a violation of the FDCPA 15 U.S.C. § 1692e (8).

40.     Defendants, PORTFOLIO RECOVERY LLC. , failed to send Plaintiff a written notice within five days after initiating first communication in connection with the collection of a debt to provide the required "Thirty Day Validation Notice" or disclosures to Plaintiff which results in violation of the FDCPA 15 U.S.C. § 1692g(a)(1), (2), (3), (4), (5).

41.     Defendant, PORTFOLIOP RECOVERY LLC., made a false representation to the three consumer reporting agencies—Equifax, Experian and TransUnion—on multiple occasions as to the character, amount and/or legal status of an alleged debt which results in violations of the FDCPA, 15 U.S.C. § 1692e (2).

42.     Defendant, PORTFOLIO RECOVERY LLC., used false representations and/or deceptive means to collect a debt and/or obtain information about the Plaintiff in violation of 15 U.S.C. § 1692e (10). [Only a license attorney car represents a corporation a corporation has no rights per U.S. SUPERM COURT

43.     Defendant, PORTFOLIO RECOVERY LLC., engaged in conduct the natural consequence of which is to harass, oppress, or abuse any person in connection with the collection of a debt which results in violations of the FDCPA, 15 U.S.C. § 1692d.

44.     Defendant, PORTFOLIO RECOVERY LLC., had a duty to properly ascertain if there was any legitimate debt owed before attempting to collect a debt from Defendant breached said duty by failing to do so, and therefore Plaintiff is entitled to damages. [Libel Black's Law Fifth Edition: A method of defamation express by print, writing, pictures, or signs, in most general, sense any publication that is injurious to the reputation of another. A false and unprivileged publication in writing of defamatory material. Bright v Los Angeles Unified School District Cal. App. 3rd 852, 124 Cal Rptr. 598, 604] Awarded 5,000

**PRAYER FOR RELIEF**

**WHEREFORE**, Plaintiff prays for relief and judgment in Plaintiff's favor and against each and every Defendant as follows:

a. Awarding Plaintiff statutory damages of $1,000 for <u>each and every violation</u>, pursuant to the FCRA 15 U.S.C. § 1681; and 2500 per each false credit entry to credit bureau's

b. Awarding Plaintiff statutory damages of $1,000 for <u>each and every violation</u>, pursuant to the FDCPA 15 U.S.C. §1692k; three times the amount for each alleged Accounts

c. Awarding Plaintiff punitive damages to be decided at trial;

d. Awarding Protecting the Privacy of the Social Security Number from Identity theft Awarding Plaintiff general damages;

e. Failing to investigate consumer disputes received directly from consumer as required by the Furnisher Rule,16 C.F.R. part 660 Awarding Plaintiff actual damages;

f. Awarding Plaintiff and, and costs incurred in this action;

g. Awarding Plaintiff any pre-judgment and post-judgment interest as may be allowed under the law;

h. Awarding Plaintiff such other and further relief as the Court may deem just and proper. Plaintiff is not an attorney

July 14, 2021

DATED this 23rd day of April, 2019.                    Respectfully submitted,

CHRISTOPHER RAY SR
Plaintiff,

businesssearch.sos.ca.gov

**State of California**
## Secretary of State

## LIMITED LIABILITY COMPANY
## APPLICATION FOR REGISTRATION
## CERTIFICATE OF AMENDMENT

**A $30.00 filing fee must accompany this form**
**IMPORTANT – Read instructions before completing this form.**

**FILED**
In the office of the Secretary of State
of the State of California

**DEC. 0 4 2008**

This Space For Filing Use Only

1. Secretary of State File Number   **200413310140**

2. Name under which this foreign limited liability company is conducting business in California:
   Portfolio Recovery Associates, L.L.C.

3. **COMPLETE ONLY THE SECTIONS WHERE INFORMATION IS BEING CHANGED. ADDITIONAL PAGES MAY BE ATTACHED, IF NECESSARY. CONSULT THE INSTRUCTIONS BEFORE COMPLETING THIS FORM.**

   A. The name under which this foreign limited liability company conducts business in California. (End the name with the words "Limited Liability Company," or "Ltd. Liability Co.," or the abbreviations "LLC" or "L.L.C.")
   Portfolio Recovery Associates, LLC

   B. The name of the foreign limited liability company has been changed as follows and has been recorded in the home state or country:

   C. State or country of formation of the foreign limited liability company, if false or erroneous at time of registration.

   D. Date on which the foreign limited liability company was formed, if false or erroneous at time of registration.

   E. Address of the principal executive office:     City         State         Zip Code

   F. Address of the principal office in California:  City         State  CA    Zip Code

4. Future effective date, if any:     Month         Day         Year

5. Number of pages attached, if any:

6. **Declaration:** It is hereby declared that I am the person who executed this instrument, which execution is my act and deed.

   Signature of Authorized Person

   November 18, 2008
   Date

   Judith Scott, Member's Representative
   Type or Print Name and Title of Authorized Person

**RETURN TO:**

| | |
|---|---|
| **NAME** | Crystal Powell |
| **FIRM** | Portfolio Recovery Associates, LLC |
| **ADDRESS** | 140 Corporate Boulevard |
| **CITY/STATE** | Norfolk, Virginia 23502 |
| **ZIP CODE** | |

SEC/STATE (REV. 03/2005)

FORM LLC-6 – FILING FEE  $30.00
Approved by Secretary of State



**Statement of Information**
(Limited Liability Company)

# FILED

In the office of the Secretary of State
of the State of California

FEB 22, 2019

**IMPORTANT** — Read instructions **before completing this form.**

**Filing Fee – $20.00**

**Copy Fees** – First page $1.00; each attachment page $0.50;
Certification Fee - $5.00 plus copy fees

This Space For Office Use Only

---

**1. Limited Liability Company Name** (Enter the exact name of the LLC. If you registered in California using an alternate name, see instructions.)

PORTFOLIO RECOVERY ASSOCIATES, LLC

| 2. 12-Digit Secretary of State File Number | 3. State, Foreign Country or Place of Organization (only if formed outside of California) |
|---|---|
| 200413310140 | DELAWARE |

**4. Business Addresses**

| | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| a. Street Address of Principal Office - Do not list a P.O. Box<br>120 CORPORATE BOULEVARD SUITE 100 | NORFOLK | VA | 23502 |
| b. Mailing Address of LLC, if different than item 4a<br>130 CORPORATE BLVD | NORFOLK | VA | 23502 |
| c. Street Address of California Office, if Item 4a is not in California - Do not list a P.O. Box | | CA | |

**5. Manager(s) or Member(s)**

If no **managers** have been appointed or elected, provide the name and address of each **member**. At least one name **and** address must be listed. If the manager/member is an individual, complete Items 5a and 5c (leave Item 5b blank). If the manager/member is an entity, complete Items 5b and 5c (leave Item 5a blank). Note: The LLC cannot serve as its own manager or member. If the LLC has additional managers/members, enter the name(s) and addresses on Form LLC-12A (see instructions).

| a. First Name, if an individual - Do not complete Item 5b | Middle Name | Last Name | Suffix |
|---|---|---|---|
| | | | |

b. Entity Name - Do not complete Item 5a
PRA Group, Inc.

| c. Address<br>120 CORPORATE BOULEVARD | City (no abbreviations)<br>NORFOLK | State<br>VA | Zip Code<br>23502 |
|---|---|---|---|

**6. Service of Process** (Must provide either Individual OR Corporation.)

**INDIVIDUAL** – Complete Items 6a and 6b only. Must include agent's full name and California street address.

| a. California Agent's First Name (if agent is **not** a corporation) | Middle Name | Last Name | Suffix |
|---|---|---|---|
| | | | |

| b. Street Address (if agent is **not** a corporation) - Do not enter a P.O. Box | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| | | CA | |

**CORPORATION** – Complete Item 6c only. Only include the name of the registered agent Corporation.

c. California Registered Corporate Agent's Name (if agent is a corporation) - Do not complete Item 6a or 6b
CORPORATION SERVICE COMPANY WHICH WILL DO BUSINESS IN CALIFORNIA   AS CSC - LAWYERS INCORPORATING SERVICE
(C1592199)

**7. Type of Business**

a. Describe the type of business or services of the Limited Liability Company
Debt purchaser

**8. Chief Executive Officer, if elected or appointed**

| a. First Name<br>Christopher | Middle Name<br>B | Last Name<br>Graves | Suffix |
|---|---|---|---|

| b. Address<br>120 CORPORATE BOULEVARD SUITE 100 | City (no abbreviations)<br>NORFOLK | State<br>VA | Zip Code<br>23502 |
|---|---|---|---|

**9. The information contained herein, including any attachments, is true and correct.**

| 02/22/2019 | Christopher Barclay Graves | President | |
|---|---|---|---|
| Date | Type or Print Name of Person Completing the Form | Title | Signature |

**Return Address (Optional)** (For communication from the Secretary of State related to this document, or if purchasing a copy of the filed document enter the name of a person or company and the mailing address. This information will become public when filed. SEE INSTRUCTIONS BEFORE COMPLETING.)

Name: ⌐                                    ┐

Company:

Address:

City/State/Zip:  ⌐                         ┘




Date

To whom it may concern;

As a concerned and aware citizen, I was under the impression that the courts are where people's differences can be resolved in a justifiable setting.  However, how are we to come to a civil resolution if the fee to file is $400.00?
 I was denied my civil right to file my complaint because a judge, a supposedly unbiased officer of the court, did not believe that I was not working and could not pay the fee.  The fee waiver process is in place for those due to financial strains, are still afforded the opportunity to find some resolve with our issues within our justice system, without paying the binding cost.

Sincerely,


CHRISTOPHER RAY
Christopher Ray

NOV-18 97 22:17  FROM:                    8185969898           TO:9913103959480          PAGE:05

18USC1341                                                                http://trac.syr.edu/laws/18USC13

# 18USC1341

## CITE
18 USC Sec. 1341   01/03/95

## EXPCITE
TITLE 18 - CRIMES AND CRIMINAL PROCEDURE PART I - CRIMES CHAPTER 63 - MAIL FRAUD

## HEAD
Sec. 1341. Frauds and swindles

## STATUTE
Whoever, having devised or intending to devise any scheme or artifice to defraud, or for obtaining money or property by means of false or fraudulent pretenses, representations, or promises, or to sell, dispose of, loan, exchange, alter, give away, distribute, supply, or furnish or procure for unlawful use any counterfeit or spurious coin, obligation, security, or other article, or anything represented to be or intimated or held out to be such counterfeit or spurious article, for the purpose of executing such scheme or artifice or attempting so to do, places in any post office or authorized depository for mail matter, any matter or thing whatever to be sent or delivered by the Postal Service, or deposits or causes to be deposited any matter or thing whatever to be sent or delivered by any private or commercial interstate carrier, or takes or receives therefrom, any such matter or thing, or knowingly causes to be delivered by mail or such carrier according to the direction thereon, or at the place at which it is directed to be delivered by the person to whom it is addressed, any such matter or thing, shall be fined under this title or imprisoned not more than five years, or both. If the violation affects a financial institution, such person shall be fined not more than $1,000,000 or imprisoned not more than 30 years, or both.

## SOURCE
(June 25, 1948, ch. 645, 62 Stat. 763; May 24, 1949, ch. 139, Sec. 34, 63 Stat. 94; Aug. 12, 1970, Pub. L. 91-375, Sec. (6)(j)(11), 84 Stat. 778; Aug. 9, 1989, Pub. L. 101-73, title IX, Sec. 961(i), 103 Stat. 500; Nov. 29, 1990, Pub. L. 101-647, title XXV, Sec. 2504(h), 104 Stat. 4861; Sept. 13, 1994, Pub. L. 103 322, title XXV, Sec. 250006, title XXXIII, Sec. 330016(1)(H), 108 Stat. 2087, 2147.)

## MISC1 HISTORICAL AND REVISION NOTES
### 1948 ACT
Based on title 18, U.S.C., 1940 ed., Sec. 338 (Mar. 4, 1909, ch. 321, Sec. 215, 35 Stat. 1130). The obsolete argot of the underworld was deleted as suggested by Hon. Emerich B. Freed, United States district judge, in a paper read before the 1944 Judicial Conference for the sixth circuit in which he said: A brief reference to Sec. 1341, which proposes to reenact the present section covering the use of the mails to defraud. This section is almost a page in length, is involved, and contains a great deal of superfluous language, including such terms as "sawdust swindle, green articles, green coin, green goods and green cigars." This section could be greatly simplified, and now meaningless language eliminated. The other surplusage was likewise eliminated and the section simplified without change of meaning.

A reference to causing to be placed any letter, etc. in any post office, or station thereof, etc. was omitted as unnecessary because of definition of "principal" in section 2 of this title.

### 1949 ACT
This section (section 34) corrects a typographical error in section 1341 of title 18, U.S.C.

## AMENDMENTS
1994 - Pub. L. 103-322, Sec. 330016(1)(H), substituted "fined under this title" for "fined not mor than $1,000" after "thing, shall be".

# LII
legal information institute

## US CODE COLLECTION



TITLE 18 > PART I > CHAPTER 63 > Sec. 1341.

## Sec. 1341. - Frauds and swindles

Whoever, having devised or intending to devise any scheme or artifice to defraud, or for obtaining money or property by means of false or fraudulent pretenses, representations, or promises, or to sell, dispose of, loan, exchange, alter, give away, distribute, supply, or furnish or procure for unlawful use any counterfeit or spurious coin, obligation, security, or other article, or anything represented to be or intimated or held out to be such counterfeit or spurious article, for the purpose of executing such scheme or artifice or attempting so to do, places in any post office or authorized depository for mail matter, any matter or thing whatever to be sent or delivered by the Postal Service, or deposits or causes to be deposited any matter or thing whatever to be sent or delivered by any private or commercial interstate carrier, or takes or receives therefrom, any such matter or thing, or knowingly causes to be delivered by mail or such carrier according to the direction thereon, or at the place at which it is directed to be delivered by the person to whom it is addressed, any such matter or thing, shall be fined under this title or imprisoned not more than five years, or both. If the violation affects a financial institution, such person shall be fined not more than $1,000,000 or imprisoned not more than 30 years, or both

Search this title:

Search Title 18

Notes
Updates
Parallel authoritie
(CFR)
Topical references

© copyright

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Portfolio Recovery inc
120 Corporate Bl. #100
Norfolk VA. [23502]

9590 9401 0005 5071 1644 45

2. Article Number (Transfer from service label)

7012 1010 0000 1471 8654

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X ☐ Agent
  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:      ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, April 2015 PSN 7530-02-000-9053        Domestic Return Receipt

---

CA 926

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Portfolio Recovery
ASSOC.
120 Corporate Blvd
Norfolk VA. 23502

9590 9403 0125 5077 7474 88

2. Article Number (Transfer from service label)

7012 1010 0000 7904 6518

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X ☐ Agent
  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:      ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, April 2015 PSN 7530-02-000-9053        Domestic Return Receipt

# EXHIBIT 3

om the U.S. Code Online via GPO Access
iis.access.gpo.gov]
aws in effect as of January 2, 2001]
ocument not affected by Public Laws enacted between
January 2, 2001 and January 28, 2002]
ITE: 18USC894]

TITLE 18--CRIMES AND CRIMINAL PROCEDURE

PART I--CRIMES

CHAPTER 42--EXTORTIONATE CREDIT TRANSACTIONS

ec. 894. Collection of extensions of credit by extortionate
means

    (a) Whoever knowingly participates in any way, or conspires to do
so, in the use of any extortionate means
      (1) to collect or attempt to collect any extension of credit, or
      (2) to punish any person for the nonrepayment thereof,
shall be fined under this title or imprisoned not more than 20 years, or
both.
    (b) In any prosecution under this section, for the purpose of
showing an implicit threat as a means of collection, evidence may be
introduced tending to show that one or more extensions of credit by the
creditor were, to the knowledge of the person against whom the implicit
threat was alleged to have been made, collected or attempted to be
collected by extortionate means or that the nonrepayment thereof was
punished by extortionate means.
    (c) In any prosecution under this section, if evidence has been
introduced tending to show the existence, at the time the extension of
credit in question was made, of the circumstances described in section
892(b)(2), and
892(b)(1) or the circumstances described in section 892(b)(2), and
direct evidence of the actual belief of the debtor as to the creditor's
collection practices is not available, then for the purpose of showing
that words or other means of communication, shown to have been employed
as a means of collection, in fact carried an express or implicit threat,
the court may in its discretion allow evidence to be introduced tending
to show the reputation of the defendant in any community of which the
person against whom the alleged threat was made was a member at the time
of the collection or attempt at collection.

    (Added Pub. L. 90-321, title II, Sec. 202(a), May 29, 1968, 82 Stat.
161; amended Pub. L. 103-322, title XXXIII, Sec. 330016(1)(L), Sept. 13,
1994, 108 Stat. 2147.)

Amendments

    1994--Subsec. (a). Pub. L. 103-322 substituted ``fined under this
title'' for ``fined not more than $10,000'' in concluding provisions.

Section Referred to in Other Sections

    This section is referred to in sections 1961, 2516 of this title.

From:
Subject:     18 USC 1005 Fraud in Bank Entries, Reports and Transactions
Date:        Fri, March 20, 2009 9:04 pm
To:          notaxman@dmv.com

Dear

It Seems every Mortgage Loan on the books would fall under this category
considering the fact that all book entries are made on the ledger using ones
signature on a promissory note to fund the loan out of thin air on the ledger
documents. Just thought you might find this interesting.   It attaches up to a 30
year jail sentence for the Banker who falsified the ledger documents with a
possible 7 Digit Fine.  I enclosed it for your consumption.

**Attachments:**

**untitled-[1.2]**
Size: 0.5 k
Type: text/html

**18 USC 1005 Fraud in Bank Entries and transactions.htm**
Size: 13 k
Type: text/html
Info: 366910367-18 USC 1005 Fraud in Bank Entries and transactions.htm

**18 USC 1003 Fraudulent Instruments.htm**
Size: 10 k
Type: text/html
Info: 2139187555-18 USC 1003 Fraudulent Instruments.htm

Peoples Rights/ NO-TAX ACADEMY
Domestic (in govt.) Address — None
Non-Domestic temp."post location",
c/o UNITED STATES POST OFFICE
c/o 1624 Savannah Road, Lewes
Non-Domestic      near (19958)-9999
on delaware real land N. America
(Not Federal Venue Territory "DE")
No fiction Venue Territory # used
www.peoples-rights.com
Toll Free 1 (877) 544-4718
Pay - Lecture line 1-900-336-6100

# EXHIBIT 4

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Scheduled Payment | $0 | | | | | | | | | | |
| Amount Paid | $0 | | | | | | | | | | |
| Past Due | $0 | | | | | | | | | | |

| Rating | OK | OK | OK | OK | 30 | OK | OK | OK | OK | OK | OK | N/R |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 09/2016 | 08/2016 | 07/2016 | 06/2016 | 05/2016 | 04/2016 | 03/2016 | 02/2016 | 01/2016 | 12/2015 | 11/2015 | 10/2015 |
| Rating | X | X | X | X | OK | OK | OK | OK | OK | OK | OK | 30 |
| | 09/2015 | 08/2015 | 07/2015 | 06/2015 | | | | | | | | |
| Rating | OK | OK | OK | OK | | | | | | | | |

**PORTFOLIO RECOVERY** #517805958190**** ( 120 CORPORATE BLVD, SUITE 100, NORFOLK, VA 23502, (844) 675-3407 )

Pay Status:  ›In Collection‹

| | | | |
|---|---|---|---|
| Placed for collection: 06/26/2019 | Balance: | $2,454 | |
| Responsibility: Individual Account | Date Updated: | 03/08/2020 | |
| Account Type: Open Account | Original Amount: | $2,454 | |
| Loan Type: DEBT BUYER | Original Creditor: | CAPITAL ONE BANK USA N A (Banking) | |
| | Past Due: | ›$2,454‹ | |

Remarks: DISP INVG COMP-CONSUM DISAGRS; ›PLACED FOR COLLECTION‹
Estimated month and year that this item will be removed: 01/2025

## Satisfactory Accounts

**CAPITAL ONE BANK USA NA** #414709830811**** ( P O Box 30281, Salt Lake City, UT 84130-0281, (800) 955-7070 )

Pay Status:  Current; Paid or Paying as Agreed

| | | |
|---|---|---|
| Date Opened: 11/11/1999 | Date Updated: 03/05/2020 | Terms: $21 per month, paid Monthly |
| Responsibility: Authorized Account | Last Payment Made: 02/10/2020 | |
| Account Type: Revolving Account | | |
| Loan Type: CREDIT CARD | | |

Credit Limit: Credit limit of $3,500 from 09/2017 to 02/2019; $6,500 from 03/2019 to 03/2020

| | 03/2020 | 02/2020 | 01/2020 | 12/2019 | 11/2019 | 10/2019 | 09/2019 | 08/2019 | 07/2019 | 06/2019 | 05/2019 | 04/201 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Balance | $21 | $215 | $336 | $344 | $349 | $403 | $552 | $2,400 | $30 | $871 | $0 | $ |
| Scheduled Payment | $21 | $25 | $25 | $25 | $25 | $25 | $25 | $25 | $25 | $25 | $0 | |
| Amount Paid | | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | |
| Past Due | | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | |
| High Balance | $0 | $0 | $0 | $0 | $0 | $0 | $2,808 | $2,808 | $2,808 | $2,808 | $2,808 | $2, |
| Rating | OK | $2,808 | $2,808 | $2,808 | $2,808 | $2,808 | OK | OK | OK | OK | OK | C |
| | | OK | OK | OK | OK | OK | | | | | | |

| | 03/2019 | 02/2019 | 01/2019 | 12/2018 | 11/2018 | 10/2018 | 09/2018 | 08/2018 | 07/2018 | 06/2018 | 05/2018 | 04/20 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Balance | $33 | $2,572 | $2,541 | $2,539 | $2,241 | $2,173 | $2,223 | $2,276 | $2,329 | $2,398 | $2,137 | $2 |
| Scheduled Payment | $33 | $63 | $62 | $58 | $54 | $51 | $53 | $55 | $55 | $57 | $50 | |
| Amount Paid | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | |
| Past Due | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $2,330 | |
| High Balance | $2,808 | $2,581 | $2,579 | $2,539 | $2,514 | $2,514 | $2,514 | $2,514 | $2,514 | $2,514 | OK | |
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | 04/20 |

| | 03/2018 | 02/2018 | 01/2018 | 12/2017 | 11/2017 | 10/2017 | 09/2017 | 08/2017 | 07/2017 | 06/2017 | 05/2017 | 04/20 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Balance | $2,155 | $1,974 | $1,707 | $1,010 | $1,077 | $1,712 | $1,889 | | | | | |
| Scheduled Payment | $47 | $46 | $32 | $25 | $26 | $39 | $33 | | | | | |
| Amount Paid | $0 | $0 | $0 | $0 | $0 | $0 | $0 | | | | | |
| Past Due | $0 | $0 | $0 | $0 | $0 | $0 | $0 | | | | | |
| High Balance | $2,179 | $2,125 | $2,125 | $2,125 | $2,125 | $2,125 | $2,125 | | | | | |
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | |

| | 03/2017 | 02/2017 | 01/2017 | 12/2016 | 11/2016 | 10/2016 | 09/2016 | 08/2016 | 07/2016 | 06/2016 | 05/2016 | 04/2016 | 03/2016 | 02/2016 | 01/2016 | 12 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | |

| | 11/2015 | 10/2015 | 09/2015 | 08/2015 | 07/2015 | 06/2015 | 05/2015 | 04/2015 | 03/2015 | 02/2015 | 01/2015 | 12/2014 | 11/2014 | 10/2014 | 09/2014 | 08 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | |

| | 07/2014 | 06/2014 | 05/2014 | 04/2014 | 03/2014 | 02/2014 | 01/2014 | 12/2013 | 11/2013 | 10/2013 | 09/2013 | 08/2013 | 07/2013 | 06/2013 | 05/2013 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

**CAPITAL ONE BANK USA NA** #517805937035**** ( P O Box 30281, Salt Lake City, UT 84130-0281, (800) 955-7070 )

Pay Status:  Current; Paid or Paying as ›

| | | |
|---|---|---|
| Date Opened: 05/01/2018 | Date Updated: 03/03/2020 | Terms: Paid Monthly |
| Responsibility: Authorized Account | Last Payment Made: 02/19/2020 | Date Paid: 02/19/2020 |
| Account Type: Revolving Account | | |
| Loan Type: CREDIT CARD | | |

High Balance: High balance of $396 from 04/2019 to 06/2019; $396 from 08/2019 to 03/2020
Credit Limit: Credit limit of $750 from 04/2019 to 06/2019; $750 from 08/2019 to 03/2020

**To dispute online go to:** http://transunion.com/disputeonline

P BSGCC-002 02760-I03

18 USC 1005 Fraud in Bank Entries, Reports and Transactions

Page 1 of

From:
Subject:       18 USC 1005 Fraud In Bank Entries, Reports and Transactions
Date:          Fri, March 20, 2009 9:04 pm
To:            notaxman@dmv.com

Dear

   It Seems every Mortgage Loan on the books would fall under this category
considering the fact that all book entries are made on the ledger using ones
signature on a promissory note to fund the loan out of thin air on the ledger
documents. Just thought you might find this interesting.   It attaches up to a 30
year jail sentence for the Banker who falsified the ledger documents with a
possible 7 Digit Fine.  I enclosed it for your consumption.

Attachments:

**untitled-[1.2]**

| | |
|---|---|
| Size: | 0.5 k |
| Type: | text/html |

**18 USC 1005 Fraud in Bank Entries and transactions.htm**

| | |
|---|---|
| Size: | 13 k |
| Type: | text/html |
| Info: | 366910367-18 USC 1005 Fraud in Bank Entries and transactions.htm |

**18 USC 1003 Fraudulent Instruments.htm**

| | |
|---|---|
| Size: | 10 k |
| Type: | text/html |
| Info: | 2139187555-18 USC 1003 Fraudulent Instruments.htm |

Peoples Rights/ NO-TAX ACADEMY
Domestic (in govt.) Address - None
Non-Domestic temp."post location",
c/o UNITED STATES POST OFFICE
c/o 1624 Savannah Road, Lewes
Non-Domestic     near (19958)-9999
on delaware real land N. America
(Not Federal Venue Territory "DE")
No fiction Venue Territory # used
       www.peoples-rights.com
    Toll Free 1 (877) 544-4718
Pay - Lecture line 1-900-336-6100

EXHIBIT 4

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Scheduled Payment | | | | | | | | | | |
| Amount Paid | $0 | | | | | | | | | |
| Past Due | $0 | | | | | | | | | |

| Rating | | | | | 30 | | | | | | | | N/R |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | OK | OK | OK | OK | 30 | OK | OK | OK | OK | OK | OK | OK |  |
| | 03/2016 | 02/2016 | 01/2016 | 12/2015 | 11/2015 | 10/2015 | | | | | | | |

| | 09/2016 | 08/2016 | 07/2016 | 06/2016 | 05/2016 | 04/2016 | | | | | | | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | X | X | X | X | OK | OK | | | | | | | |

| | 09/2015 | 08/2015 | 07/2015 | 06/2015 |
|---|---|---|---|---|
| Rating | OK | OK | OK | OK |

**PORTFOLIO RECOVERY** #517805958190****  ( 120 CORPORATE BLVD, SUITE 100, NORFOLK, VA 23502, (844) 675-3407 )

Pay Status:  >In Collection<

Placed for collection: 06/26/2019
Responsibility: Individual Account
Account Type: Open Account
Loan Type: DEBT BUYER

Balance: $2,454
Date Updated: 03/08/2020
Original Amount: $2,454
Original Creditor: CAPITAL ONE BANK USA N A (Banking)
Past Due: >$2,454<

Remarks: DISP INVG COMP-CONSUM DISAGRS; >PLACED FOR COLLECTION<
Estimated month and year that this item will be removed: 01/2025

## Satisfactory Accounts

**CAPITAL ONE BANK USA NA** #414709830811****  ( P O Box 30281, Salt Lake City, UT 84130-0281, (800) 955-7070 )

Pay Status:  Current; Paid or Paying as Agreed

Date Opened: 11/11/1999
Responsibility: Authorized Account
Account Type: Revolving Account
Loan Type: CREDIT CARD

Date Updated: 03/05/2020
Last Payment Made: 02/10/2020

Terms: $21 per month, paid Monthly

Credit Limit: Credit limit of $3,500 from 09/2017 to 02/2019; $6,500 from 03/2019 to 03/2020

| | 03/2020 | 02/2020 | 01/2020 | 12/2019 | 11/2019 | 10/2019 | 09/2019 | 08/2019 | 07/2019 | 06/2019 | 05/2019 | 04/20... |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | $552 | $2,400 | $30 | $871 | $0 |  |
| Balance | $21 | $215 | $336 | $344 | $349 | $403 | $25 | $25 | $25 | $25 | $0 |  |
| Scheduled Payment | $21 | $25 | $25 | $25 | $25 | $25 | | | | | |  |
| Amount Paid | | | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $2,808 |  |
| Past Due | $0 | $0 | $0 | $0 | $0 | $0 | $2,808 | $2,808 | $2,808 | $0 | $0 |  |
| High Balance | $2,808 | $2,808 | $2,808 | $2,808 | $2,808 | $2,808 | OK | OK | OK | OK | OK |  |
| Rating | OK | OK | OK | OK | OK | OK | | | | | |  |

| | 03/2019 | 02/2019 | 01/2019 | 12/2018 | 11/2018 | 10/2018 | 09/2018 | 08/2018 | 07/2018 | 06/2018 | 05/2018 | 04/2... |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | $2,223 | $2,276 | $2,329 | $2,398 | $2,137 |  |
| Balance | $33 | $2,572 | $2,541 | $2,539 | $2,241 | $2,173 | $53 | $55 | $57 | $50 |  |  |
| Scheduled Payment | $33 | $63 | $62 | $58 | $54 | $51 | | | | | |  |
| Amount Paid | $0 | $0 | $0 | $0 | $0 | $0 | $2,514 | $2,514 | $2,514 | $2,514 | $2,330 |  |
| Past Due | $0 | $0 | $0 | $0 | $0 | $0 | OK | OK | OK | OK | OK |  |
| High Balance | $2,808 | $2,581 | $2,579 | $2,539 | $2,514 | $2,514 | | | | | |  |
| Rating | OK | OK | OK | OK | OK | OK | | | | | |  |

| | 03/2018 | 02/2018 | 01/2018 | 12/2017 | 11/2017 | 10/2017 | 09/2017 | 08/2017 | 07/2017 | 06/2017 | 05/2017 | 04/... |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | $1,889 | | | | |  |
| Balance | $2,155 | $1,974 | $1,707 | $1,010 | $1,077 | $1,712 | $33 | | | | |  |
| Scheduled Payment | $47 | $46 | $32 | $25 | $26 | $39 | | | | | |  |
| Amount Paid | $0 | $0 | $0 | $0 | $0 | $0 | $2,125 | | | | |  |
| Past Due | $0 | $0 | $0 | $0 | $0 | $0 | OK | OK | OK | OK | OK |  |
| High Balance | $2,179 | $2,125 | $2,125 | $2,125 | $2,125 | $2,125 | | | | | |  |
| Rating | OK | OK | OK | OK | OK | OK | | | | | |  |

| | 03/2017 | 02/2017 | 01/2017 | 12/2016 | 11/2016 | 10/2016 | 09/2016 | 08/2016 | 07/2016 | 06/2016 | 05/2016 | 04/2016 | 03/2016 | 02/2016 | 01/2016 | 1... |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |  |

| | 11/2015 | 10/2015 | 09/2015 | 08/2015 | 07/2015 | 06/2015 | 05/2015 | 04/2015 | 03/2015 | 02/2015 | 01/2015 | 12/2014 | 11/2014 | 10/2014 | 09/2014 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 08/2014 | 07/2014 | 06/2014 | 05/2014 | 04/2014 | 03/2014 | 02/2014 | 01/2014 | 12/2013 | 11/2013 | 10/2013 | 09/2013 | 08/2013 | 07/2013 | 06/2013 | 05/2013 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |  |

| | 07/2014 | 06/2014 | 05/2014 | 04/2014 | 03/2014 | 02/2014 | 01/2014 | 12/2013 | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | | | | | | | |  |

**CAPITAL ONE BANK USA NA** #517805937035****  ( P O Box 30281, Salt Lake City, UT 84130-0281, (800) 955-7070 )

Pay Status:  Current; Paid or Paying a Paid Monthly

Date Opened: 05/01/2018
Responsibility: Authorized Account
Account Type: Revolving Account
Loan Type: CREDIT CARD

Date Updated: 03/03/2020
Last Payment Made: 02/19/2020

Terms:
Date Paid: 02/19/2020

High Balance: High balance of $396 from 04/2019 to 06/2019; $396 from 08/2019 to 03/2020
Credit Limit: Credit limit of $750 from 04/2019 to 06/2019; $750 from 08/2019 to 03/2020

**To dispute online go to:** http://transunion.com/disputeonline

P BSGCC-002 02760-I