UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  8:21-cv-01210-JLS-ADS                                    Date: November 24, 2021
Title:  Christopher Ray v. Portfolio Recovery Associates, LLC et al

Present: **Honorable JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| Melissa Kunig | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:   ATTORNEYS PRESENT FOR DEFENDANTS:

Not Present                                              Not Present

**PROCEEDINGS:   (IN CHAMBERS)  FINAL ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION AND ORDER DENYING REQUEST FOR EXTEN[S]ION MEDICAL REASON (Doc. 11)**

On October 20, 2021, the Court issued an Order to Show Cause re Dismissal for Lack of Prosecution.  (Order, Doc. 10.)  In response, Plaintiff Christopher Ray submitted a Request for Exten[s]ion Medical Reason (Doc. 11) and a Proof of Service by Mail (Doc. 12); none are valid responses to this Court's Order.  *First*, the Request for Exten[s]ion Medical Reason does not establish good cause and is therefore denied.  In the Request, Plaintiff notes that "he has had a history of health problems."  (Request at 1, Doc. 11.)  However, Plaintiff does not explain why his medical history prevents him from prosecuting this action or note how much time he requests.  Plaintiff has a responsibility to diligently prosecute this action that he initiated.  *Second*, Plaintiff submitted invalid proof of service.  Service "is not complete until the proof of service is filed with the original or a copy of the completed return of service of registered or certified mail indicating that the mail was received."  *Carter v. United States*, 2020 WL 8028237, at *1 (C.D. Cal. Nov. 18, 2020) (internal quotation marks omitted).

Accordingly, the Court ORDERS Plaintiff to show cause in writing no later than **December 10, 2021**, why this action should not be dismissed for lack of prosecution.  As

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  8:21-cv-01210-JLS-ADS                 Date: November 24, 2021
Title:  Christopher Ray v. Portfolio Recovery Associates, LLC et al

an alternative to a written response by Plaintiff, the Court will consider the filing of one of the following, as an appropriate response to this OSC, on or before the above date:

    (1) A **VALID** proof of service of summons and complaint; or

    (2) Notice of Voluntary Dismissal (Fed. R. Civ. P. 41)

    Absent a showing of good cause, an action shall be dismissed if the summons and complaint have not been served upon all defendants within 90 days after the filing of the complaint.  Fed. R. Civ. P. 4(m).  The Court may dismiss the action prior to the expiration of such time, however, if plaintiffs have not diligently prosecuted the action.

    It is Plaintiff's responsibility to respond promptly to all Orders and to prosecute the action diligently, including filing proofs of service and stipulations extending time to respond.

    No oral argument of this matter will be heard unless ordered by the Court.

    IT IS SO ORDERED.

                                                                Initials of Deputy Clerk: mku