UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**JS-6**

CIVIL MINUTES – GENERAL

Case No.  8:21-cv-01210-JLS-ADS                              Date: December 21, 2021
Title:  Christopher Ray v. Portfolio Recovery Associates, LLC et al

Present: **Honorable JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| Melissa Kunig | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:   ATTORNEYS PRESENT FOR DEFENDANTS:

Not Present                                                            Not Present

**PROCEEDINGS:   (IN CHAMBERS)  ORDER DISIMISSING ACTION FOR FAILURE TO PROSECUTE**

      On November 24, 2021, the Court ordered Plaintiff to show cause why this action should not be dismissed for lack of prosecution.  (*See* OSC, Doc. 13.)  Plaintiff failed to respond to the Court's Order.
      Accordingly, the Court DISMISSES this action for Plaintiff's failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

                                                                 Initials of Deputy Clerk: mku